PER CURIAM.
We affirm the trial court’s entry of final summary judgment. The criminal attack on appellants was not foreseeable; thus, as a matter of law, appellees had no duty to take steps to prevent its occurrence. See Lomillo v. Howard Johnsons Co., 471 So.2d 1296 (Fla. 3d DCA 1985); Admiral’s Port Condominium Assoc., Inc. v. Feldman, 426 So.2d 1054 (Fla.3d DCA), review denied, 434 So.2d 887 (Fla.1983); Chateloin v. Flanigan’s Enter., Inc., 423 So.2d 1002 (Fla. 3d DCA 1982); Badillo v. DeVivo, 161 Ill.App.3d 596, 113 Ill.Dec. 696, 515 N.E.2d 681, appeal denied, 117 Ill.2d 541, 115 Ill.Dec. 397, 517 N.E.2d 1083 (1987).
Affirmed.